United States Courts
Southern District of Texas
ENTERED

JUN 0 2 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JEFFREY WATTS § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. G-04-426 |
| § | |
| DIAMOND OFFSHORE MANAGEMENT § | |
| COMPANY, *et al.* § | |

### ORDER

On the 2nd day of June, 2005, the parties announced a complete settlement of all controversies herein existing. It is accordingly

**ORDERED, ADJUDGED** and **DECREED** that this cause is hereby **ADMINISTRATIVELY CLOSED** for a period of **thirty (30) days**. Either side may move to re-open within such time, for good cause shown.

IT IS SO ORDERED.

**DONE** at Galveston, Texas this the 2nd day of June, 2005.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE